Ramos, E.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: April 3, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
JUAN GONZALEZ,

    Plaintiff,

-against-

PRO QUEST SECURITY INC., individually
and d/b/a M&M SECURITY INC., TRIAN
FUND MANAGEMENT, L.P., TRIAN
FUND MANAGEMENT GP, LLC, TRIAN
PARTNERS, LP, KEN SCHWEBEL,
individually, and NELSON PELTZ,
individually,

    Defendants.
------------------------------------------------------- X

Index No. 1:17-cv-00930 (ER)

**VOLUNTARY STIPULATION OF PARTIAL DISMISSAL AND WITHDRAWAL WITH PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Juan Gonzalez ("Plaintiff") and Defendants Trian Partners, L.P., and Trian Fund Management GP, LLC, that Trian Partners, L.P., and Trian Fund Management GP, LLC shall be dismissed from the case with prejudice and without fees or costs to any party. It is further stipulated and agreed, by and between Plaintiff and Defendant Pro Quest Security, Inc. (improperly named in the Complaint as "Pro Quest Security Inc., individually and d/b/a M&M Security Inc."), that Plaintiff will discontinue with prejudice his Third and Fourth Causes of Action under the Americans With Disabilities Act as against Pro Quest Security, Inc., and his Fifth Cause of Action under the Family and Medical Leave Act as against Pro Quest Security, Inc. without fees or costs to any party. The parties also stipulate and agree that the caption in this case shall be amended to remove any reference to Trian Partners, L.P. and Trian Fund Management GP, LLC as defendants in this action.

38311978v.3

DATED: April 3, 2017

| | |
|---|---|
| SEYFARTH SHAW LLP<br><br>BY: _____<br>Lorie E. Almon<br>Anne R. Dana<br>620 Eighth Avenue, 32nd Fl.<br>New York, New York 10018<br>Tel: (212) 218-5500<br>Fax: (212) 218-5526<br>lalmon@seyfarth.com<br>adana@seyfarth.com<br><br>*Attorneys for Defendants Pro Quest Security, Inc., M. & M. Security, Inc., and Ken Schwebel* | PHILLIPS & ASSOCIATES, ATTORNEYS AT LAW, PLLC<br><br>BY: _____<br>Silvia C. Stanciu<br>45 Broadway, Suite 620<br>New York, New York 10006<br>Tel: (212) 248-7431<br>sstanciu@tpglaws.com<br><br>*Attorneys for Plaintiff* |

CURLEY, HURTGEN & JOHNSRUD LLP

BY: _____
Michael A. Curley
Curley, Hurtgen & Johnsrud LLP
5 Penn Plaza, 23rd Floor
New York, NY 10001-1821
Tel: (646) 378-2231
mcurley@chjllp.com

*Attorneys for Defendants Trian Fund Management, L.P., Trian Fund Management GP, LLC, Trian Partners, L.P., and Nelson Peltz*

**SO ORDERED:**

DATED: April 3, 2017

_____
The Honorable Edgardo Ramos

JS

38311978v.3