Ramos, E.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/9/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

JUAN GONZALEZ,

    Plaintiff,

-against-

PRO QUEST SECURITY INC., M. & M. SECURITY, INC., TRIAN FUND MANAGEMENT, L.P., KEN SCHWEBEL, individually, and NELSON PELTZ, individually,

    Defendants.

---------------------------------------------------------- X

Index No. 1:17-cv-00930 (ER)

**VOLUNTARY STIPULATION OF PARTIAL DISMISSAL AND <u>WITHDRAWAL WITH PREJUDICE</u>**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Juan Gonzalez ("Plaintiff") and defendants Nelson Peltz ("Peltz") and Trian Fund Management, L.P. ("Trian"), that Peltz and Trian will be dismissed from the case with prejudice and without fees or costs to any party. It is further stipulated and agreed, by and between Plaintiff and defendant M. & M. Security, Inc. ("M&M"), that Plaintiff shall discontinue with prejudice his Third Cause of Action under the Family and Medical Leave Act as against M&M without fees or costs to any party. The parties also stipulate and agree that the caption in this case will be amended to remove any reference to Peltz and Trian as defendants in this action.

It is also stipulated and agreed that Plaintiff shall file his Second Amended Complaint on or before June 12, 2017. The remaining defendants Pro Quest Security Inc., M&M, and Ken Schwebel will file a pleading responsive to the Second Amended Complaint no later than July 12, 2017.

39352128v.1

DATED: June 6, 2017

SEYFARTH SHAW LLP

BY: _____
Loric E. Almon
Anne R. Dana
620 Eighth Avenue, 32nd Fl.
New York, New York 10018
Tel: (212) 218-5500
Fax: (212) 218-5526
lalmon@seyfarth.com
adana@seyfarth.com

*Attorneys for Defendants Pro Quest Security, Inc., M. & M. Security, Inc., and Ken Schwebel*

PHILLIPS & ASSOCIATES, ATTORNEYS AT LAW, PLLC

BY: _____
Bryan S. Arce
Silvia C. Stanciu
45 Broadway, Suite 620
New York, New York 10006
Tel: (212) 248-7431
BArce@tpglaws.com
SStanciu@tpglaws.com

*Attorneys for Plaintiff*

CURLEY, HURTGEN & JOHNSRUD LLP

BY: _____
Michael A. Curley
Curley, Hurtgen & Johnsrud LLP
5 Penn Plaza, 23rd Floor
New York, NY 10001-1821
Tel: (646) 378-2231
mcurley@chjllp.com

*Attorneys for Defendants Nelson Peltz and Trian Fund Management, L.P.*

**SO ORDERED:**

DATED: ___June 9___, 2017

_____
The Honorable Edgardo Ramos

2

39352128v.1