# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

JUAN GONZALEZ,

                 Plaintiff,

      -against-

PRO QUEST SECURITY INC., M. & M.
SECURITY, INC., KEN SCHWEBEL,
individually

                 Defendants.

------------------------------------------------------ X

Index No. 1:17-cv-00930 (ER)

**VOLUNTARY STIPULATION AND
ORDER OF DISMISSAL WITH
PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: April 30, 2020

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their

undersigned counsel, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this

action and all claims that have been asserted in this action are hereby voluntarily dismissed in full,

with prejudice, and without admission of wrongdoing, costs or attorneys' fees to be awarded to

any party.

DATED: April 28, 2020

SEYFARTH SHAW LLP

BY: _____

     Lorie E. Almon
     Anne R. Dana
     620 Eighth Avenue, 32nd Fl.
     New York, New York 10018
     Tel: (212) 218-5500
     Fax: (212) 218-5526
     lalmon@seyfarth.com
     adana@seyfarth.com

*Attorneys for Defendants*

PHILLIPS & ASSOCIATES, PLLC

BY: _____

     Bryan S. Arce
     Silvia C. Stanciu
     45 Broadway, Suite 620
     New York, New York 10006
     Tel: (212) 248-7431
     BArce@tpglaws.com
     SStanciu@tpglaws.com

*Attorneys for Plaintiff*

62953854v.2

**SO ORDERED:**

_____

Edgardo Ramos, U.S.D.J

Dated: April 30, 2020

New York, New York

62953854v.2